834

No. 00–9795. WELLS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–9796. NEWBOLD v. MISSOURI BOARD OF PROBATION AND PAROLE. Ct. App. Mo., Western Dist. Certiorari denied.

No. 00–9797. CALHOUN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9801. ALDEN v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–9802. HARRIS v. SAUNDERS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–9803. HOLLAND v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–9804. FOOTLAND v. EVANS, SECRETARY OF COMMERCE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9805. HART v. KITZHABER, GOVERNOR OF OREGON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9809. HALL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–9810. HOPKINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9813. RODRIGUEZ v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–9815. SPIVEY v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–9816. FLOURNOY v. JOHNSON, WARDEN, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 00–9817. HOWARD v. GARNER ET AL. C. A. 11th Cir. Certiorari denied.